1  **Gregory L. Spallas, SBN 129306**
   **Kristin L. Oliveira, SBN 204384**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
3  San Francisco, California  94108
   Telephone:     (415) 278-9400
4  Facsimile:     (415) 278-9411

5  Attorneys for Defendant
   WAL-MART STORES, INC.
6  (erroneously sued herein as WALMART)

7

8

9

10                    UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

12

13
   MICHAEL FULLER,                          )  Case No. 2:05-CV-00849-FCD-DAD
14                                          )
              Plaintiff,                    )
15                                          )  **JOINT STIPULATION REGARDING**
       vs.                                  )  **EXTENSION OF DISCOVERY**
16                                          )  **DEADLINE; ORDER**
   WALMART, a California Corporation, and   )
17 DOES 1-20, inclusive,                    )
                                            )
18            Defendants.                   )
                                            )
19

20 TO THE COURT AND ALL PARTIES:

21     Plaintiff Michael Fuller by and through his counsel of record, Jesse S. Ortiz III, and

22 defendant Wal-Mart Stores, Inc. by and through its counsel of record, Kristin L. Oliveira, herein

23 agree and stipulate to a continuance of the Court-ordered discovery deadline.

24     In view of the parties' anticipated participation in the Court's Voluntary Dispute

25 Resolution Process on March 15, 2006 and that the parties wish to complete necessary

26 depositions only after participating in an Early Neutral Evaluation session on March 15, 2006,

27 the parties now agree to complete discovery by **Monday, April 17, 2006.**

28     ///

It is so stipulated by and between the parties through their counsel of record.

Dated: February 22, 2006                          /s/
                                                  _____
                                                  Jesse S. Ortiz, III
                                                  Attorney for Plaintiff


                                                  /s/
Dated: February 23, 2006                          _____
                                                  Kristin L. Oliveira
                                                  Attorneys for Defendant
                                                  WAL-MART STORES, INC.


## **ORDER**

Pursuant to the parties stipulation, the court GRANTS their request to modify the Scheduling Order to allow the parties to participate in the VDRP program.  However, in light of the length of the extension the court hereby MODIFIES all of the following deadlines from the Scheduling Order of June 29, 2005:  Discovery due by April 17, 2006. Dispositive Motion to be heard by June 16, 2006. The Final Pretrial Conference is RESET for August 18, 2006 at 1:30 p.m.  Jury Trial is RESET for October 24, 2006 at 9:00 a.m.

DATED: February 27, 2006                          /s/ Frank C. Damrell Jr.
                                                  FRANK C. DAMRELL JR.
                                                  UNITED STATES DISTRICT JUDGE