UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL FULLER,

        Plaintiff(s),

  v.

WAL-MART STORES, INC.,

        Defendant(s).
_____/

NO. CIV. S-05-0849 FCD/DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

      Pursuant to the representations of the parties in the above action the court has determined that this case has settled.

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before December 18, 2006.  All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

      **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

      **IT IS SO ORDERED**.

Dated: November 15, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE