1 **Gregory L. Spallas, SBN 129306**
**Kristin L. Oliveira, SBN 204384**
2 PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, Tenth Floor
3 San Francisco, California 94108
T: (415) 278-9400
4 F: (415) 278-9411

5 Attorneys for Defendant
WAL-MART STORES, INC.
6 (erroneously sued herein as WALMART)

7 **Jesse S. Ortiz III, SBN 176450**
BIGLER ORTIZ & CHAN LLP
8 1107 Ninth Street, Suite 1025
Sacramento, CA 95814
9 T: (916) 444-3971
F: (916) 444-3975
10 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FULLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WALMART, a California Corporation, and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:05-CV-00849-FCD-DAD<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREUPON** |

TO THE COURT:

   IT IS HEREBY STIPULATED by and between plaintiff MICHAEL FULLER and defendant WAL-MART STORES, INC., by and through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as the parties have reached an informal resolution.

-1-
JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREUPON
*Fuller v. Wal-Mart Stores, Inc.*　　　　　　　　　　　　　　　Case No. 2:05-CV-00849-FCD-DAD

| | |
|---|---|
| Dated: 11/30/06 | By: /s/ Jesse-Ortiz<br>Jesse S. Ortiz III<br>Attorney for Plaintiff<br>MICHAEL FULLER |
| Dated: 12/05/06 | By: /s/ Kristin-Oliveira<br>Kristin L. Oliveira<br>PHILLIPS, SPALLAS & ANGSTADT LLP<br>Attorneys for Defendant<br>WAL-MART STORES, INC. |

**ORDER**

IT IS SO ORDERED.

DATED: December 7, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE